UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIPS INT'L INC. ET AL.,<br><br>Defendants. | CASE NO. 23-cv-01677<br><br>ORDER |

On February 21, 2024, the parties filed a Joint Stipulated Motion to Modify the Initial Scheduling Dates. Dkt. No. 20. On February 27, 2024, the parties filed their Joint Status Report and Discovery Plan, Dkt. No. 20, and the Court issued an Order Setting Trial Date And Related Dates on March 11, 2024, Dkt. No. 22. Therefore, the parties' stipulated motion, Dkt. No. 20, is DENIED as MOOT.

It is so ORDERED.

Dated this 18th day of April, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1