UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIPS INT'L INC. ET AL.,<br><br>Defendant. | CASE NO. 23-cv-01677<br><br>ORDER |

Plaintiff United States filed a motion to extend the deadline for adding parties so that it may add Marine Service Int'l Inc. as a defendant. Dkt. No. 25. Defendant Estate of Christian Lint filed a non-opposition. Dkt. No. 26. Defendants Ships International Inc. and Felix Vera did not respond. After considering the briefing, the Court finds good cause to allow the United States to add a party after the deadline.

Accordingly, IT IS HEREBY ORDERED:

- The Court GRANTS the United States's motion at Dkt. No. 25.
- The United States will file its amended complaint adding Marine Service Int'l, Inc. as a party within 14 days of the date of this Order.

**ORDER** - 1

Dated this 23rd day of July, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2